ORIGINAL

RECEIVED
[illegible] 5 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Monumental Investment Corporation

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Michael A. Stover

Firm Name: Whiteford, Taylor & Preston, LLP

Post Office Box:

03-2227C

Street Address: Seven Saint Paul Street, Suite 1400

City-State-Zip: Baltimore, Maryland 21202-1626

Telephone & Facsimile Numbers: (410) 347-8700 fax: (410) 347-9412

E-mail address: mstover@wtplaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Suit for breach of settlement agreement. Tucker Act jurisdiction

28 U.S.C. Section 1491.

Government Agency Involved: G S A

**See attached Sheet for three digit code.**

Amount Claimed: $ in excess of $226,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003