DIMISHED VALUE ITEMS

(These items have all been completed to the best extent possible)

| | DESCRIPTION | LOCATION | VALUE | ACCEPTED BY | DATE |
|---|---|---|---|---|---|
| 0007 | Stonework, steps, front walls, and windows at the dome don't line up. | see Exterior | | | |
| 0016 | Roof vent on east side of roof is noisy and may have a bad bearing. | Penthouse | 800 | | |
| 0019 | Johnson Control air dryer does not have a bypass valve, needed to change the filter. | Basement | | | |
| 0024 | Men's restroom maintenance door to jail cell plumbing is located too far to the right to service. | 178, 1st Floor, Men's Toilet | 1500 | | |
| 1009 | Repair wallcovering seams | Corridor No. 261 | 800 | | |
| 0040 | Bad seams in wallpaper throughout building. | General | 5000 | | |
| 1025 | Remove bubbles in the wallcovering on the east wall. | 250, 2nd Floor Library | 800 | | |
| 1035 | Repair wallcovering to the wood base, south wall. | 249, Attorney Conf./Witness Rm | 500 | | |
| 1251 | The wall covering installed was rejected. | 271, 2nd Floor, Judges Office | 1000 | | |
| 201 | Rework and repair all wall covering seams | 344, 3rd Floor, Jury/Conf. Rm | 500 | | |
| 204 | Remove air bubbles from installed wall fabric | 352, 3rd Floor, Sound Lock | 500 | | |
| 1370 | The wall covering cuts at column line "E" in vestibule #356 require corrective work at seams and curved cuts. | 357, 3rd Floor, Court Waiting | 500 | | |
| 1373 | Wallcoveing seams on the east wall near the electrical outlets is rejected. | 357, 3rd Floor, Court Waiting | 200 | | |
| 1376 | Repair wall covering seam at Judge Sands sign east of door #357. | 357, 3rd Floor, Court Waiting | 200 | | |
| 0043 | Training schedule and attendees. Still need training on emergency generator and roll-up doors. | General | 500 | | |
| 0162 | Add outside fuel line to day tank. This is a credit to CCD | Basement | 1500 | | |
| 0168 | Adjust door #202 for the proper fit in the frame. | 203, 2nd Floor, Library | 0 | | |
| 0287 | The panel joints are not flush behind the judge - correct for all joints to be good butt flush joints. | 324, 3rd Floor, Magistrate Crtrm | 500 | | |
| 0293 | Rework butt joint in the 4th panel - east wall. | 324, 3rd Floor, Magistrate Crtrm | 500 | | |
| 0729 | Repair butt joint in the north wall wood panels. | 245, 2nd Floor, Bankruptcy Crtrm | 500 | | |
| 1113 | The wood panels, wood base, wood door trim and wood crown molding is not consistent or uniform in color. | General, 2nd Floor Bnkrptcy Ctrm | 1000 | | |
| 1087 | The doors (panel) are showing splits or separation at the glue joints due to the environment. Corrective action will be required. | General 3rd Floor District Ctrm. | 1000 | | |
| | The panel doors are showing splits or separation at the glue joints. | General 3rd Floor Magistrate Ctr | 1000 | | |
| 993 | The under cut of door 260, 261, and 262 are not the same. Door is on order. | 264, 2nd Floor, Secretary | 2500 | | |
| 208 | The paneling in the room is darker than the approved color selected. (Best the item can get, it is all uniform.) | 354, 3rd Floor, Judges Office | 1000 | | |
| 1275 | Repair and refinish dents in door #339 | 333,3rd Floor, Secure Corridor | 500 | | |
| 0458 | Grout ceramic wall tile at ceiling and walls in the shower (ceramic wall tile does not extend 6" above the ceiling as required by the contract drawings. The contractor is requested to correct this construction to meet the contract). | 151, FIT Room, Men's Toilet | 1000 | | |
| 568 | Repair and refinish hole in handicapped toilet partition. | 2nd Floor, Men's Toilet | 200 | | |
| 574 | Remove and replace two pieces of base in the NE corner of the vestibule | 2nd Floor, Men's Toilet | 500 | | |

| | | | | | |
|---|---|---|---|---|---|
| 277 | Extend ceramic tile above acoustical ceiling tile and grid. Partition type 33 requires ceramic tile to extend 6" above ceiling. | 314, 3rd Floor Toilet | 500 | | |
| 0681 | Rail post escutcheon is not flush with the edge of the concrete stringer as required by the contract documents. | Stair 1 | 0 | | |
| | The ceiling bulkheads are not vertical, the gypsum wallboard finish is not smooth and there are spaces between the coffered ceiling due to the install gypsum wallboard. Corrective work is required to provide an acceptable ceiling. | Judges Office Number 271 | 1000 | | |
| 1285 | Repair and refinish jamb at door #327. Wall or metal jamb is not vertical and the right jamb goes from zero to 1/2". | 333. 3rd Floor, Secure Corridor | 1000 | | |
| 1157 | Remove and replace glazed CMU at the elevator door head. Too many pieces and joints for stack bond. | 1st Floor Sound Lock | 200 | | |
| 336 | Repaint CMU and concrete walls to ceiling height or the bottom of spray-on fireproofing. | B16, basement, mechanic shop | 500 | | |
| 928 | The ceramic floor tile is not centered on the room (north to south) with the 2" piece on the north wall. Remove and replace tile centered on room. | 256, 2nd Floor, Toilet | 1000 | | |
| 635 | Remove and replace ceramic tile at the base at the vanity support. | 366, 3rd Floor, Men | 300 | | |
| 529 | Remove and replace unacceptable ceramic tile work in the handicapped cover stall-see photo #20 | 177, 1st Floor Women's Bathroon | 1000 | | |
| 870 | The north wall behind the judge's bench did not appear to have been corrected as requested on the observation reports dated March 19, 2001 and Feb. 22, 2000. Therefore, the required corrective work noted on the two reports are now made a part of this report. | 245, 2nd Floor, Bankruptcy Crtrms | 5000 | | |
| 1379 | The flush bolt at the top does not have the hole in place for locking at door numbers #360 and #363. | 359, 3rd Floor, Sound Lock | 0 | | |
| 1253 | Jumbo sized outlet coverplates were installed. Why? General contractor to check doors for joint separations. | 271, 2nd Floor, Judges Office | 0 | | |
| 1 | Several windows have large gaps between the brick and finish - caulk. See exterior | Exterior | | | |
| 8 | Stonework has chips and cracks on cap stones. - see exterior | Exterior | | | |
| 182 | The gypsum wallboard partitions as installed are not straight. The vinyl base is impacted by the wall installation. Therefore, the contractor must revisit the base installation and apply additional adhesive to the base. | General, 1st Floor | 500 | | |
| 415 | The hairline and shrinkage cracks in the concrete slab on grade. These cracks must be monitored and correcive action taken if they get any larger. JWRA will re-examine the cracks at a later date. | General, Basement | 0 | | |
| | The riser height does not meet the contract document requirements. The 200 Edition of the NFPA 101 Life Safety Code states "7.2.2.3.6 Dimensional Uniformity. See photos #8 and #9. There shall be no variation in excess of 3/16" (0.5 cm) in adjacent treads or in the height of adjacent risers, and the tolerance between the largest and smallest riser or between the largest and smallest tread shall not exceed 3/8" (1 cm) in any flight." | General, Stairs | | | |
| 721 | The rhythm created in the use of the stairs with the risers varying in height will cause the users to stumble. | | 5000 | | |
| 714 | The handrails in stair #3 do not meet the requirements of the contract documents. The handrails are shown as continuous at the concrete column. They are installed as | General, Stairs | 1000 | | |
| 696 | The risers in the first run from the basement vary from 6 3/4" to 7 1/2". The contract documents require a 6.96" riser. See general comments. | Stair 3, Judges Stair | 1000 | | |

| | | | | | |
|---|---|---|---|---|---|
| 697 | The risers of the intermediate level (3 risers) vary from 6 5/8" to 71/2". The contract documents require a 6.96" riser. See general comments. | Stair 3, Judges Stair | 1000 | | |
| 701 | The width of the stair is 3' 6 3/8" instead of the required 3'8" clear. | Stair 3, Judges Stair | 1000 | | |
| 703 | #3). | Stair 3, Judges Stair | 500 | | |
| 0870 | requested on the observation reports dated March 19, 2001 and Feb. 22, 2000. Therefore, the required corrective work noted on the two reports are now made a part of this re | 245, 2nd Floor, Bankruptcy Crtrm | 5000 | | |
| | Close space between jury box wall cap and east wall at door 225. | 225, 2nd Floor, Bankruptcy | 0 | | |
| | Doors to the sound system racks in rooms confrence 321 and 336. Unacceptable installation of doors and wallpaper on doors. | | 1000 | | |
| | **BUILDING GENERAL** | | | | |
| | cost of atic stock | | 12000 | | |
| 0820 | Relamp building - all fixtures. | General, Electrical | 5000 | | |
| | exterminator for insects | | 2000 | | |
| | cracks at the soffit are showing thru the surface applied to stucco | | 15000 | | |
| | limestone installed in the soffit at the entrance to the building has cracked in two places. Repair cracks | | 5000 | | |
| 0593 | Correct excess floor joint at the center window - see photo #35. | General, 3rd Floor | 0 | | |
| | Provide USMS training on the Folger Adams locks and vehicle barriers | | 200 | | |
| | **LANDSCAPING AND SITE WORK** | | | | |
| | The handicap ramp to Washington Street at the intersection of Broad and Washington Street must match what was pervisouly in place. Pat Mathis must install the ramp with pavers to match what was previsouly in place. | | 6000 | | |
| | Install damaged conduit for exterior street lights on Washington and Broad Street as indicated in the letter to Pat mathis. | | 35000 | | |
| | cost of installing a curb cut off of washington street to the property north of the building | | 8000 | [illegible] | |
| | replace colored 12x12 concrete pavers at the side entrances stained by concrete | | 1500 | | |
| | Provide one year maintenance for landscaping | | 3000 | | |
| | BUILDING EXTERIOR | | | | |
| | General | | | | |
| | Repair caulking where stone meets the concrete sidewalk. Locations are at the east and west side of the entrance stair. | | 500 | | |
| | Brick cleaning of excess mortar and caulking is unacceptable (north south east west) | | 15000 | | |
| | Inconsistancy of caluk joints and motrar joints is unacceptabel. | | 1000 | | |
| | The stain on the limestone and precast-concrete is remaining and is unacceptable. Patching of the limestone and precast concrete has not been approved. The amount of patching is excessive. | | 32000 | | |
| | incorrect installation of brick at beam projections | | 38000 | | |
| | **Building handrails and guardrails** | | | | |
| | finish of rail is not shiny/dull - correct | | 2500 | | |
| | East elevation | | | | |
| | Point brick along column line 2 below the limestone water table. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | The corner wall east to south is not plumb - corrective work required to plumb corner. | | | | |
| | angles below parapet fascia. | | 500 | | |
| | There is a bow in the brick wall at the third floor line between the window surround and the limestone column - column 2.2 | | | | |
| | Excessive mortar on brick work | | | | |
| | the limestone window surround. | | 2500 | | |
| | Clean excessive mortar and oversized caulk joints below the limestone water table. | | | | |
| | Caulk the joint between the limestone base and the stairs. | | | | |
| | line 4 (south). | | | | |
| | Point the brick at the window head between columns 5 and 6 (second floor) | | | | |
| | Repair and refinish with hairline crack along column line 6 in line with the railing | | | | |
| | Remove excess brick mortar from below the window sill between column 2 and 3-- first floor. | | | | |
| | Remove existing caulking and re-caulk under window sill between column 2 and 3-- first floor. | | | | |
| | **South Elevtion** | | | | |
| | The limestone arches do not match at the ends. | | | | |
| | Point brick at the third floor line. The steel angle installed appears to be exposed | | | | |
| | Clean the excessive mortar from the brick up the east side of column B.2 | | | | |
| | At the eight locations of the limestone pilaster the brick below the base is not quality brick | | | | |
| | masonry. JWRA rejected the cutting of the brick to miss the concrete beam projection. | | | | |
| | JWRA still rejected these conditions as noted on 5/12/2000, 5/15/2000 and 6/12/2000. | | | | |
| | Caulk the keystone to the limestone left (west) of the canopy steps. | | | | |
| | Paint the limestone support angle at the window heads to match the limestone. | | | | |
| | Repaired stucco crack's are unacceptable. Painting of the soffit did not conceal the cracks | | 8000 | | |
| | **West Elevation** | | | | |
| | pier on column line 5. | | | | |
| | Seal and adjust door (No. 116) hollow metal frame to masonry. | | | | |
| | Paint the exposed steel support angles at the limestone. | | | | |
| | Point the brick at the third floor line at the steel support angle. | | | | |
| | Caulk limestone base to stair wall both sides | | | | |
| | Correct the oversized mortar joints in the brick work south of the SQUSM No. 11 window | | | | |
| | rejects this installation | | | | |
| | **North Elevation** | | | | |
| | Point masonry work between the window and the northwest corner of the building. | | | | |
| | Caulk precast below the sill. | | | | |
| | Install the missing base piece of precast | | | | |
| | Point the masonry wall above roll up door No. B12 | | 500 | | |
| | Paint the exposed metal at the head of doors B12 and B13. | | 500 | | |
| | Repair and eliminate hole at the intersection of column 6 and 2 | | | | |
| | Close the opening at the left head of door B22 | | | | |
| | Point the walls above the wall louvers | | 500 | | |
| | Seal / caulk the excess openings around all grilles on the north wall | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Complete precast installation at the north east corner | | | | |
| | northeast end | | | | |
| | Remove and clean concrete spots from brick east of the keypad | | | | |
| | Remove and paint spots below the precast parapet above the small windows | | | | |
| | acceptance must be discussed and a solution reached | | 2500 | | |
| | **EXTERIOR RAMP TO THE BASEMENT AREA** | | | | |
| | concrete slab installation - does not comply with quality required in the specifications.. | good as gets | 4000 | | |
| | Pat Mathis has patched edges of concrete slabs. Patches are seperating from the concrete, not adhering to the concrete slab. Repair patches with epoxy or other bonding | good as gets | 500 | | |
| | Stucco finish on the poured concrete wall is unacceptable. Stucco is tow different colors, quite noticable. Paint or reair.stucco finish. | good as gets | 1000 | | |
| | **FIRST FLOOR ENTRANCE LOBBY AND CORE** | | | | |
| | Stone tile was not installed per contract documents. Seting material does not extend to the edges of the tile causing stones to chip. On going repair will be necessary. | | 15000 | | |
| | Men's toilet access panel to holding cell toilets. Relocate to service plumbing. | | 2500 | | |
| | **FIRST FLOOR WEST** | | | | |
| | Repair stucco ceiling damaged at the light fixture in prisioners booth #127 and prisioners cell#139 | | 100 | | |
| | **SECOND FLOOR EAST** | | | | |
| | Doors 260, 261, and 262 are showing signs of separation due to the temperature in the space. | | 500 | | |
| | Courtroom wood trim - excessive width at butt joints in wall paneling. | | 5000 | | |
| | North wall behind the judges bench have not been corrected as requested on the observation reports dated March 19, 2002.North wall behind the judges bench have not been corrected as requested on the observation reports dated March 19, 2002. | | 10000 | | |
| | **THIRD FLOOR EAST** | | | | |
| | Courtroom wood trim - excessive width at butt joints in wall paneling. | | 10000 | | |
| | **THIRD FLOOR ROTUNDA AND CORE** | | | | |
| | Wood trim on doors in cooridor 362 door #368, #369, #330 and corridor 361, Door #365, #366. Wood trim on door heads is not level and there is an excessive gap in the distace from the ceiling to the trim. | | 2500 | | |
| | Excessive caulk was used in the intersection of wood trim and wallcovering in corridors 360 and 361. | | 500 | | |
| | **THIRD FLOOR WEST** | | | | |
| | Courtroom - wood panels behind Judges bench - joints are not flush. All joints should be flush. | | 10000 | | |
| | **STAIRS** | | | | |
| | Stair number 1 rail post is not flush with the edge of the concrete stringer as required by the contract documents. | | 100 | | |
| 0714 | The handrails in Stair #3 do not meet the requirements of the contract documents. The handrails are shown as continuous at the concrete column. They are installed as | | 1000 | | |
| | **ELEVATORS** | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Provide to the Government the maintenance contract for one full year (12 Months) starting on the day of substantial completion. | | 5000 | | |
| | CAR #4 | | | | |
| | Clean and repair all scratches in the stainless steel finishes. | | 2000 | | |
| | ROOF | | | | |
| | GENERAL | | | | |
| 0015 | East and West side roof damaged. | Penthouse | 25000 | | |
| 0766 | Repair all pitch pockets that are to be used in the LPS. | Exterior, Roof, Electrical | | | |
| | Complete the roof repairs as indicated in the PSI report dated November 19, 2001 | | | | |
| | touch up paint on doors M4 and M5 | | ~~5000~~ | | |
| | EAST ROOF | | | | |
| | protection system is penetrating the vertical inside parapeet wall. Flash and seal | | 300 | | |
| | Clean Debri ffrom Roof | | ~~200~~ | | |
| | insulation fasteners are protruding up into the bottom of the EPDM membrane. This occurs at the east side of the roof adjacenmt to the roof drains where the roof was not replaced. | | 1000 | | |
| | WEST ROOF | | | | |
| | Brown stains on the roof located at the west wall second roof drain from the south wall. | | 300 | | |
| | Coping at the intersection of the dome and roof is unacceptable - correct installation | | 250 | | |
| | MID ROOF (ROOF BETWEEN THE DOME AND THE AIR HANDLER PENTHOUSE ROOF) | | | | |
| | Equipment Units F-4 does not fit properly on roof curb | | 250 | | |
| | AIR HANDLER PENTHOUSE ROOF | | | | |
| | touch up rusted areas on the metal ladders to the air handler roof area, ladder to the two roofs over the third floor courtrooms. | | 100 | | |
| | Install cant strips to direct water away from the mechanical equipment on the roof over the air handler penthouse. Install as indicated on the roof plan. | | 1000 | | |
| | correct improperly installed membrane on the equipment curb at unit L-P-2 | | 100 | | |
| | A number of stone parpaet caps are installed at 1/4" per foot. This does not meet requirements. Minimum is 1/2" per foot. Adjust caps to meet 1/2" per foot. | | 1500 | | |
| | MECHANICAL; | | | | |
| 0052 | Controls system is not complete with points as indicated on Sheet M-15. | Operations/Controls | 3000 | | |
| | ACM and PM will provide a list of HVAC inventory parts. This will include Fire Safety as well as elevator parts. | | 0 | | |
| | Provide O&M manuals as indicated in the specifications. | | 3000 | | |
| | Use of chiller for two years with limited maintenance. | | 5000 | | |
| | ELECTRICAL | | | | |
| | replace telephone switch | | 43000 | | |
| | | | | | |
| | Sub-Total of Dimished Value Items | | 403400 | | |
| | | | | | |