| ELECTRICAL | | | | |
|---|---|---|---|---|
| TO DATE, ONLY THE FIRE-ALARM SYSTEM HAS BEEN ACCEPTED BY THE GOVERNMENT. NONE OF THE REMAINING ELECTRICAL SYSTEMS HAVE, TO DATE, BEEN ACCEPTED BY THE GOVERNMENT. | | | | |
| THE CONTRACTOR WILL BE NOTIFIED BY LETTER UPON THE ACCEPTANCE OF OTHER ELECTRICAL SYSTEMS. | | | | |
| ELECTRICAL SYSTEMS WILL BE ACCEPTED ONLY UPON, FIRST, THE DELIVERY OF A PROPER O&M MANUAL FOR THE SUBJECT SYSTEM, TO THE GOVERNMENT, AND, SUBSEQUENT, SATISFACTORY, ACCEPTANCE TESTING OF THE SYSTEM, BY THE GOVERNMENT. | | | | |
| FOR SYSTEMS COMPLETED BY THE GOVERNMENT, USING OTHER CONTRACTING MEANS, THE CONTRACTOR WILL BE NOTIFIED OF ACCEPTANCE OF THE COMPLETED SYSTEM AND THE AMOUNT DEDUCTED FROM THE CONSTRUCTION CONTRACT TO COMPLETE THE SYSTEM. | | | | |
| FOR MORE COMPLETE LANGUAGE RELATIVE TO THE WORK ITEMS HEREIN, SEE THE "FINAL D&O LIST", DATED MAY 13, 2002 - WHICH WAS DELIVERED TO THE CONTRACTOR | | | | |
| ON SEVERAL OCCASIONS - INCLUDING ACCOMPANYING LETTERS DATED APRIL 10, 2002 AND DATED JUNE 24, 2002. | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| **SOME WORK ITEMS ARE ADDRESSED HEREIN AS SYSTEMS WORK ITEMS RATHER THAN ASSOCIATING THE WORK WITH A FLOOR, OR LOCATION.** | | | | |
| | | | | |
| ROOF WORK | | | | |
| Remove improper rain shields from pitch-pockets and install 180-degree turn on each pitch pocket - sealing to prevent entry of moisture. Perform cursory review of extent and routing of down-leads. *[This work being performed by others. ]* | Corrected by Albany Elec | 500 | Hatt 8/6/02 | |
| Mark up project drawing to known as-built conditions and forward to Robbins Lighting Protection, Inc. for review relative to adequacy per Code. | Roof open 8/6 | 1000 | | |
| After review and determination of adequacy, test each individual down lead relative to resistance to ground; this testing will determine integrity of the under-ground bolted connections. *[This work will be performed by others. ]* | Roof open 8/6 | 1000 | | |
| Have the LPS inspected by a U. L. Representative - for issuance of a Master Label "C" Certificate. *[This work will be performed by GSA - with aid of others as needed. ]* | open 8/6 | | | |
| Prepare O&M manual for the Lightning Protection System. To date an O&M manual has not been submitted for the LPS. *[This work will be performed by GSA - with aid of others as needed. ]* | Roof open 8/6 | 500 | | |
| | | | | |
| | | | | |
| PENTHOUSE WORK | | | | |
| Clean and relamp fixtures in in rotunda area. | PH [illegible] | 200 | OK Hatt 8/6/02 | |
| Install gaurds on lamps in rotunda area. | PH open 8/6 | | | |
| Test each door alarm. | PH | | | |
| | | | | |
| 3rd- FLOOR WORK | | | | |
| Install duplex GFCI outlet in men's restroom. | 3rd FL | 300 | OK Hatt 8/6/02 | |
| Ground bar and grounding conductor have not been properly installed from ground bar in electric closet to security back-board in communications closet. | 3rd FL Performed by Albany Elec | 200 | OK Hatt 8/6/02 | |
| Test each door strike and each door alarm. | 3rd FL | 500 | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| **2nd-FLOOR WORK** | | | | |
| Remove loose MC cable above ceiling of Room 271. | 2nd FL | | | |
| Remove loose MC cable above ceiling of Bankruptcy Courtroom - SW corner. | 2nd FL | | | |
| Ground bar and grounding conductor have not been properly installed from ground bar in electric closet to security back-board in communications closet. | Being corrected by Albany Elec 8/6/02 | | OK [illegible] 8/6/02 | |
| Test each door strike and door alarm | 2nd FL | 500 | | |
| | | | | |
| | | | | |
| **1st-FLOOR WORK** | | | | |
| Room 130, paint all contractor-installed conduits for identification - yellow and red for emergency power.. *[This work is being performed by others.* ] | 1st FL By sub Elec | 200 | | |
| Provide barrier over back of the Folger-Adams lock control unit mounted in the security console - such that the entire barrier must be removed to access wiring terminations. Barrier should be non-conductive plastic - approximately 1/8 inch thick. | 1st FL [illegible] 8/6/02 [illegible] | 400 | | |
| Ground bar and grounding conductor have not been properly installed from ground bar in electric closet to security back-board in communications closet. | 1st FL Being corrected by Albany Elec 8/6/02 | 200 | OK [illegible] 8/6/02 | |
| Test the operation of each door strike and each door alarm. | | 500 | | |
| Elevators #1 & #2 - test elevator operations in the "ON" "OFF" and "CK" mode of security operations. | | 500 | | |
| Elevator #3 - test elevator operations in the "ON" "OFF" and "CK" mode of security operations - to the extent that each mode is available. . | 1st FL | 500 | | |
| Elevator #4 - test elevator operations in the "ON" "OFF" and "CK" mode of security operations - to the extent that each mode is available. . | 1st FL | 500 | | |
| Retest recall of elevator#1&#2 to primary and alaternate recall floors - upon fire-alarm. | 1st FL | 500 | | |
| Retest recall of elevator#3 to primary and alaternate recall floors - upon fire-alarm. | | 200 | | |
| Retest recall of elevator#4 to primary and alaternate recall floors - upon fire-alarm. | | 200 | | |
| Door 118 - finalize installation of security conduit and box. | | 300 | Omitted | |
| Door 149 (double doors) - install conduit, cabler and door-position switches. Can be surface-mounted. | 1st FL | 500 | | |
| | | | | |
| | | | | |
| BASEMENT WORK | | | | |
| Lighting | | | | |
| Install light switch in each elevator pit - approximately 18-inches from bottom. | | 500 | | |

| | | | |
|---|---|---|---|
| **Emergency Power** | Performed by Albany Elec | | OK |
| Provide one-line riser diagram that shows all conduits and circuits associated with the emergency generator - including the automatic transfer switch, all panelboards, transformers, and fuel tank. *[This work is in process by others.]* | Basement/3rd FL | | |
| Install caution sign on SWBD that the the generator neutral is grounded in the SWBD, only, and must not be disconnected. *[This work is in process by others.]* | Corrected by Albany Elec 9/4/02 Basement | | OK |
| Test circuits P-9, P-10 & P-11 - in elevator pits - for emergency power. | Basement | $300 | |
| Install wall-mount battery charger. *[This work is in process by others.]* | Charger is in ATS | | OK [illegible] 9/4/02 |
| | | | |
| **Grounding** | | | |
| It is understood that the neutral of some transformers in the basement (boiler room) are not connected to equipment ground. Connect - per NEC 250-26. | Being corrected by Albany Elec 8/6/02 | $300 | OK |
| | | | |
| Test resistance to ground of main SWBD through the building grounding electrode conductor - with LPS disconnected from the building grounding electrode. | To be by Alb Elec Basement | | |
| Test tripping of power to elevator dispatch unit, machine room elevators #1 and #2, upon shutdown of elevator power to pasenger elevators - upon fire-alarm. | mike w/ Alb Elec | | |
| Lift conductor from appropriate 2-pole, 20-amp, ST breaker in panel EHB and test for application of 120vac for tripping. After testing, re-connect conductor to shunt-trip unit. | Basement | 500 | |
| | | | |
| **Fire Safety** | | | |
| Remove all interior means of locking Door B-14 from inside. The possibility of defeating life-safety egress must not exist. | Basement | 200 | |
| Remove all interior means of locking Door B-10 from basement side. The possibility of defeating life-safety egress must not exist. | Basement | | |
| | | | |
| **Security** | | | |
| Door B-01 - complete installation of card-reader control of the elevator vestibule doors.door. | Basement | 2000 | |
| Test each door strike and door alarm in basement. | Basement | 500 | |
| Test each remote control system associated with basement roll-up doors. See systems comments. | Basement | | |
| | | | |
| | | | |
| **SITEWORK** | | | |
| Test key switch in stalled in guard-house for control of site-entry arm/barrier to verify that remote switch in Room 130 maintains precedence of the switch in the guard house. | Hanson/mike | | |



[illegible]

| | | | | |
|---|---|---|---|---|
| If conflict, one conductor in relay in cabinet in Rm B-13 must be moved from continuous 24vdc to 24vdc enabled by switch in Rm 130. | Site | 100 | | |
| | | | | |
| Test key switch in stalled in guard-house for control of site-exit arm/barrier to verify that remote switch in Room 130 maintains precedence of the switch in the guard house. | | | | |
| If conflict, one conductor in relay in cabinet in Rm B-13 must be moved from continuous 24vdc to 24vdc enabled by switch in Rm 130. | Site | 100 | | |
| Install key switch in guardhouse for control of arm and barrier associated with the loading dock. The arm/barrier control is accomplished differently from that of the site entry/exit arm/barriers.<br>The loading dock control includes card-reader control for opening, not closing. *[This work is in process by others.]* | Performed by Albany Elec. Loop controller not installed, but supplied for cable back to Room B-17 for card reader control. | 500 | OK [illegible] 8/6/02 | |
| **SYSTEMS COMMENTS** | | | | |
| LIGHTNING-PROTECTION SYSTEM | | | | |
| Interim drawings and O&M Manual have not been provided. Deficiencies are being corrected in the system. The system has not been tested. | Drip proofing of roof penetrations performed by Albany Elec. | | OK [illegible] 8/6/02 | |
| The existing conditions of the LPS are being examined and recorded. A drawing with the known as-built conditions will be forwarded to Robbins Lightning Protection Systems, Inc. for review relative to adequacy of the system. | Cost to prepare drawing gathered brought to Robbins LP; | | | |
| The system will be brought adequacy, then, tested. Upon perceived adequacy, an inspection by a UL Inspector will be requested. Proper O&M Manual will be prepared. *[This work is in process by GSA and others.]* | testing yet to be performed; | $7,000 | | |
| | UL inspection yet to be performed. | | | |
| EMERGENCY GENERATOR & EMERGENCY DISTRIBUTION SYSTEM: | | | | |
| An O&M Manual has been submitted, reviewed and **REJECTED**. Comments have been returned to the Contractor. The Contractor is expected to update the O&M Manual to acceptable conditions and re-submit. | | | | |
| The conditions of the generator, and the emergency distribution system are being examined and recorded. Operating instructions have not been posed in the generator room. | | | | |

[illegible]

| | | | | |
|---|---|---|---|---|
| The required wall-mount battery charger is being installed. Specific site information will be added to the O&M Manual. *[This work is in process by others.]* | | $4,000 | | |
| | | | | |
| **GROUNDING ELECTRODE & INTERIOR GROUNDING SYSTEMS:**<br>Building grounding electrode and grounding electrode conductor have not been tested.<br>~~Disconnect the interior vertical grounding riser in the vicinity on top of the SWBD.~~<br>Disconnect the grounding electrode on the east side of the building from the LPS loop. Then, using proper test procedure test the resistance to ground of the building grounding electrode conductor.<br>Resistance should test less than 25 ohms. Test requires two reference rods driven exterior to the building<br>~~Reconnect vertical grounding system and retest reading to ground~~. This reading is expected to be approximately two ohms - based upon previous testing performed by J Technologies. Reconnect loop of LPS to building grounding electrode. 4<br>Records and save all test results for inclusion in the O&M Manual. Provide O&M Manual. *[This work is in process by others.]* | | $2,000 | | |
| **MAIN SERVICE & SWITCHBOARD:**<br>O&M Manual has been received, reviewed and REJECTED. PMCC to update this manual, per review comments, and re-submit. Coordinate with the short-circuit study before re-submitting. | appr 2/6/02 | $1,000 | | |
| Short-circuit study has been received, reviewed, and REJECTED. PMCC to update the SC coordination study and re-submit. Coordinate with the SWBD Manual before re-submitting. | appr 2/6/02 | $1,000 | | |
| **NORMAL-POWER DISTRIBUTION:**<br>O&M Manual has not been provided. PMCC to provide. Include catalog data ref all panel boards, transformers, circuit breakers etc.. Include complete one-line diagram of the entire distribution system in the manual.<br>A complete and accurate one-line drawing may be utilized to record the normal-power distribution, but, the O&M Manual will not be considered complete<br>until a completed copy of this drawing is included in the manual or provided and incoorporated by reference. | | $1,000 | | |

| | | | | |
|---|---|---|---|---|
| **NORMAL LIGHTING:**<br>O&M Manual has not been provided. PMCC to provide. Include catalog data ref each and all light fixtures - identified by type.<br>Give particular attention to exterior lighting. | O&M manual received to be reviewed HAH 9/6/02 | $1,000 | | |
| **BUILDING EMERGENCY LIGHTING:**<br>O&M Manual has not been provided. PMCC to provide. Include catalog data ref each and all light fixtures - identified by type. Give particular attention to exit signs. Give particular attention to each type battery fixture. | O&M manual received to be reviewed HAH 9/6/02 | $1,000 | | |
| **LIGHTING CONTROL SYSTEM**<br>O&M Manual has not been provided. [GSA is in process of gathering information and will prepare O&M Manual.] | Open 9/6/02 | $2,000 | | |
| **COURTROOM & CHAMBERS NORMAL LIGHTING:**<br>Systems were poorly documented. Systems had several significant deficiencies - including a number wrong-type bulbs. As-built drawings had not been provided. O&M Manual had not been provided.<br>GSA, using the services of others, has repaired and documented the systems. O&M Manual will be prepared by GSA. *[This work is in progress by GSA - utilizing the services of others - as needed.]* | O&M manual being prepared by GSA HAH 9/6/02 — Some fire info received (Cardinal) | $15,000 est | | |
| **COURTROOM & CHAMBERS EMERGENCY LIGHTING:**<br>Systems were poorly documented. Systems had several significant deficiencies - including a number wrong-type bulbs. As-built drawings had not been provided. O&M Manual had not been provided.<br>GSA, using the services of others, has repaired and documented the systems. O&M Manual will be prepared by GSA. *[This work is in progress by GSA - utilizing the services of others - as needed.]* | O&M manual being prepared by GSA HAH 9/6/02 | $3,000 est | | |
| FIRE-ALARM SYSTEM | | | | |

| | | | | | |
|---|---|---|---|---|---|
| System has been accepted, but, minor defects are yet to be corrected - as indicated in the following comments: | | | | | |
| Paint handle of each circuit breaker, red, that serves the fire-alarm system. See panel ELB in Room B-18. | | $100 | | | |
| Remove dust covers from all smoke detectors. | | $300 | | | |
| Provide detailed as-built drawing of each duct-detector installation. For each installation, include the following information: location of detector in duct; duct dimensions and length of tubing in duct; orientation of air intake and discharge; closure of tubing end(s); type smoke detector installed; air-pressure drop across tubing - indicating air velocities in the duct. | | $2,000 | | | |
| Retest elevator re-call - upon fire-alarm. | | $200 | | | |
| Retest elevator shutdown upon certain fire alarm devices associated with the elevators. | | $200 | | | |
| **Firemen/Fire-Alarm System Control Of Elevators:** | | | | | |
| Provide in O&M Manual for elevators #1 & #2 *(public elevators)* a section that fully describes the fire-alarm control of the elevators. Describe firemen's key switches - in lobby and on status panel in Room 170. Describe shutdown of elevator power by FA system. | | $500 | | | |
| Provide in O&M Manual for elevators #3 *(USM)* a section that fully describes the fire-alarm control of the elevators. Describe firemen's key switches - in lobby and on status panel in Room 170. Describe shutdown of elevator power by FA system. | | $500 | | | |
| Provide in O&M Manual for elevators #4 *(Judge's/freight)* a section that fully describes the fire-alarm control of the elevators. Describe firemen's key switches - in lobby and on status panel in Room 170. Describe shutdown of elevator power by FA system. | | $500 | | | |
| SECURITY SYSTEMS: | | | | | |
| *Each manuals in the following comments can be a section in one overall O&M Manual or may be provided as a separate manual. The following references indicate separate manuals.* | | | | | |
| SECURITY CABLING: | | | | | |
| Provide O&M Manual that includes catalog data relative to each type cable installed in the building. | | $1,000 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Provide cable diagrams that list all cables installed in the building - identifying each cable by type and the location of both end oints of each cable.<br><br>This information was tabulated on approximately three drawings maintained on the job site. To date these drawings have not been produced by the Contractor.<br>GSA is in process of reconstructing this information. | | $3,000 | | | |
| **DOOR STRIKES AND DOOR POSITION SWITCHES:**<br>Provide O&M Manual that includes catalog data relative to each type electric strike and each type door-position switch installed -throughout the building. | | $2,000 | | | |
| **SITE ENTRY/EXIT ARM/BARRIER CONTROL SYSTEMS:**<br>**Site-Entry Wiring diagrams:** Wiring diagrams for remote control from Room 130 has not been provided. Per conversations, this information has been prepared by Allgood electric and delivered to PMCC.<br>This information has not been delivered to the Government. *[Should this information not reach the Government within the next few days, as this effort can be scheduled, the Government will reconstruct this information. ]* | | $1,000 | | | |
| **Site-Exit Wiring diagrams:** Wiring diagrams for remote control from Room 130 has not been provided. Per conversations, this information has been prepared by Allgood electric and delivered to PMCC.<br>This information has not been delivered to the Government. *[Should this information not reach the Government withinn the next few days, as this effort can be scheduled, the Government will reconstruct this information. ]* | | $1,000 | | | |
| O&M Manual has not been provided for control of the arm/barriers for site-entry and site-exit. The Contractor has opportunity to provide this information until this work item is scheduled by GSA. Then, GSA will prepare.<br>GSA is in process of preparing as-built information and assembling the O&M Manuals - utilizing the services of others for investigations and corrections where required.<br>[illegible] | | $1,000 | | | |
| **GARAGE ROLL-UP DOOR CONTROL SYSTEMS:**<br>O&M Manual(s) has not been provided. GSA is in process of accumulating as-built information and preparing O&M Manuals - utilizing the services of others for investigations and corrections where required. *[in process by GSA]* | | $2,000 | | | |

| | | | |
|---|---|---|---|
| **Garage-Entry Roll-up Door Wiring Diagram:** Wiring diagram for remote control from Room 130 has not been provided. Per conversations, this information has been prepared by Allgood electric and delivered to PMCC. This information has not been delivered to the Government. *[Should this information not reach the Government withinn the next few days, as this effort can be scheduled, the Government will reconstruct this information.]* | | $1,000 | |
| **Garage-Exit Roll-up Door Wiring Diagram:** Wiring diagram for remote control from Room 130 has not been provided. Per conversations, this information has been prepared by Allgood electric and delivered to PMCC. This information has not been delivered to the Government. *[Should this information not reach the Government withinn the next few days, as this effort can be scheduled, the Government will reconstruct this information.]* | [illegible] | $1,000 | |
| **USM Sally-port Roll-up Door:** It recently came to attention that the ground loop operation is malfunctioning. GSA, using the services of others, will determine and correct the problem. | [illegible] | $1,000 | |
| **USM Sally-port Roll-up Door Wiring Diagram:** Wiring diagram for remote control from Room 130 has not been provided. Per conversations, this information has been prepared by Allgood electric and delivered to PMCC. | | $2,000 | |
| FOLGER-ADAMS LOCK-CONTROL SYSTEM: Trouble conditions exist on at least two doors of the lock-control system. GSA, using the services of others, will determine and correct the problem. | [illegible] | $2,000 | |
| O&M Manual has not been provided. GSA is in process of accumulating as-built information and preparing O&M Manual - utilizing the services of others for investigations and corrections where required. *[in process by GSA]* | [illegible] | $1,000 | |
| SECURITY-CONTROL OF ELEVATORS: ELEVATORS #1&#2 *(public elevators)* : Provide O&M Manual for this elevator - that includes a section that addresses all electronic security control provided as a part of this elevator installation. This information has been provided to the Contractor. Arrange the security information to be a separate section in the manual. | | $1,000 | |
| ELEVATORS #3 (USM): Provide O&M Manual for this elevator - that includes a section that addresses all electronic security control provided as a part of this elevator installation. This information has been provided to the Contractor Arrange the security information to be a separate section in the manual. | | $1,000 | |

| | | | | |
|---|---|---|---|---|
| ELEVATOR #4 *(Judges/freight)* : Provide O&M Manual for this elevator - that includes a section that addresses all electronic security control provided as a part of this elevator installation. This information has been provided to the Contractor<br>Arrange the security information to be a separate section in the manual. | | $1,000 | | |
| AS-BUILT ELECTRICAL DRAWINGS<br>A submittal has been received that was indicated to be as-built drawings. The submitted drawings are little more than a submission of the construction drawings. As a submittal, these drawings are all REJECTED.<br>Each of the following listed drawings is being reviewed and comments prepared relative to observed incomplete or erroneous information. Comments will be returned to the Contractor.<br>Should the Government not see prompt corrective actions on the part of the Contractor, the Government will correct the drawings to as-built conditions - using the services of others.<br>The submitted drawings did not include the security drawings in the following list. Security construction drawings were provided to the Contractor during construction.<br>These drawings have disappeared from the job site. Efforts have been made to locate these drawings. | | | | |
| Dwg AS-1: Architectural Site Plan | | $3,000 | | |
| Dwg E-1: Electrical Site Plan | | $3,000 | | |
| Dwg E-2: Basement-Electrical Power | | $3,000 | | |
| Dwg E-3: First Floor-Electrical Power | | $3,000 | | |
| Dwg E-4: Second Floor-Electrical Power | | $3,000 | | |
| Dwg E-5: Third Floor-Electrical Power | | $3,000 | | |
| Dwg E-6: Penthouse-Electrical Power | | $3,000 | | |
| Dwg E-7: Basement-Lighting | | $3,000 | | |
| Dwg E-8: First -Floor-Lighting | | $3,000 | | |
| Dwg E-9: Second Floor-Lighting | | $3,000 | | |
| Dwg E-10: Third Floor-Lighting | | $3,000 | | |
| Dwg E-11: Penthouse-Lighting | | $3,000 | | |
| Dwg E-12: Basement-Systems | | $3,000 | | |
| Dwg E-13: First-Floor-Systems | | $3,000 | | |
| Dwg E-14: Second Floor-Systems | | $3,000 | | |
| Dwg E-15: Third Floor-Systems | | $3,000 | | |
| Dwg E-16: Penthouse-Systems | | $3,000 | | |
| Dwg E-17: Lightning Protection Plan | | $3,000 | | |

| | | | | |
|---|---|---|---|---|
| Dwg E-18: Electrical One-Line Riser (requires up-dating) | | $3,000 | | |
| Dwg E-19: Telecommunications & Security back-board Riser | | $3,000 | | |
| Dwg E-19A: Fire-alarm Riser Diagram | | $3,000 | | |
| Dwg E-20: Electrical Light-Fixture Schedule | | $3,000 | | |
| Dwg E-21: Electrical Light-Fixture Schedule | | $3,000 | | |
| Dwg E-22: Electrical Panel-board Schedule | | $3,000 | | |
| Dwg E-23: Electrical Panel-Board Schedules | | $3,000 | | |
| Dwg XE-24: Security Systems Cabling-Site and Basement | | $3,000 | | |
| Dwg XE-25: Security Systems Cabling-First Floor | | $3,000 | | |
| Dwg XE-26: Security Systems Cabling-2nd Floor, 3rd Floor, Penthouse | | $3,000 | | |
| Dwg XE-27: Security Systems-Typical Wiring For Doors/Strikes | | $3,000 | | |
| Dwg XE-28: Security Systems-Typical Wiring For Doors/Strikes | | $3,000 | | |
| **MARKED-UP SPECIFICTIONS**<br>Specifications marked to as-built conditions have not been delivered to the Government. | | $3,000 | | |
| **CADD DRAWINGS**<br>As-built drawings have not been delivered to the Government in electronic format. Project electrical drawings have been delivered to the Contractor in electronic format - for update to as-built conditions.<br>[illegible] | | $5,000 | | |
| **RECENT ITEM: On 7/29/02, it came to attention that a lock-set - with locking capabilities on both sides - had been installed on Door 159, and, the door was locked on both sides. The capability did not exist to exit the door except by use of a key-card - whiched released the electric strike in the frame. This condition was called to the attention of security Personnel and they un-locked the door. While the un-locking permits emergency egress, it is believed that the capability of relocking this emergency-egress door is a Code violation. Project Architect is being notified.** | | xxxxxxxx | | |
| Sub-total - Electrical | | $176,500 | | |



[illegible]

# Transmission Report

| | |
|---|---|
| Date/Time | 8- 2-02;12:19PM |
| Local ID | 404 331 7696 |
| Local Name | GSA Prop. Dev. ATL |
| Company Logo | GSA PBS PROP DEV2 |

This document was confirmed.
(reduced sample and details below)
Document Size Letter-S

Fax (912) 236-0055

C.B. King Federal Courthouse, Albany, Georgia Deficiency and Damages List 7 11 02

| |
|---|
| ELECTRICAL |
| TO DATE, ONLY THE FIRE-ALARM SYSTEM HAS BEEN ACCEPTED BY THE GOVERNMENT. NONE OF THE REMAINING ELECTRICAL SYSTEMS HAVE, TO DATE, BEEN ACCEPTED BY THE GOVERNMENT. |
| THE CONTRACTOR WILL BE NOTIFIED BY LETTER UPON THE ACCEPTANCE OF OTHER ELECTRICAL SYSTEMS. |
| ELECTRICAL SYSTEMS WILL BE ACCEPTED ONLY UPON, FIRST, THE DELIVERY OF A PROPER O&M MANUAL FOR THE SUBJECT SYSTEM, TO THE GOVERNMENT, AND, SUBSEQUENT, SATISFACTORY, ACCEPTANCE TESTING OF THE SYSTEM, BY THE GOVERNMENT. |
| FOR SYSTEMS COMPLETED BY THE GOVERNMENT, USING OTHER CONTRACTING MEANS, THE CONTRACTOR WILL BE NOTIFIED OF ACCEPTANCE OF THE COMPLETED SYSTEM AND THE AMOUNT DEDUCTED FROM THE CONSTRUCTION CONTRACT TO COMPLETE THE SYSTEM. |
| FOR MORE COMPLETE LANGUAGE RELATIVE TO THE WORK ITEMS HEREIN, SEE THE "FINAL D&O LIST", DATED MAY 13, 2002 - WHICH WAS DELIVERED TO THE CONTRACTOR |
| ON SEVERAL OCCASIONS - INCLUDING ACCOMPANYING LETTERS DATED APRIL 10, 2002 AND DATED JUNE 24, 2002. |

Page 1 of 12

Total Pages Scanned : 12' Total Pages Confirmed : 12'

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|---|---|---|---|---|---|---|---|---|
| 1 | 398 | 89122360055 | 8- 2-02;12:14PM | 5'10" | 12/ 12 | EC | | CP 14400 |

** Notes **

| | | | |
|---|---|---|---|
| EC: Error Correct | RE: Resend | PD: Polled by Remote | MB: Receive to Mailbox |
| BC: Broadcast Send | MP: Multi-Poll | PG: Polling a Remote | PI: Power Interruption |
| CP: Completed | RM: Receive to Memory | DR: Document Removed | TM: Terminated by user |
| LS: Local Scan | LP: Local Print | FO: Forced Output | WT: Waiting Transfer |