8/7/07

U.S.COURTHOUSE-ALBANY,GA
JWRA PROJECT NO. 9616

WARRANTY ITEMS:

07410-METAL WALL PANELS
20 years-manufacturer's finish coating
2 years-installer–weather tightness & workmanship

07530-SINGLE PLY MEMBRANE ROOFING
2 years-installer-membrane, base flashings insulation & accessories

07610-SHEET METAL ROOFING
20 years-manufacturer's finish

08211-DOORS- FLUSH WOOD
Life of installation subject to the specifications

08410-ALUMINUM ENTRANCES
4 years-correct failures in work

08470-REVOLVING DOOR
1 year-material & workmanship

08525-ALUMINUM ARCHITECTURAL WINDOWS
3 years-window manufacturer-material failure or workmanship

08710-BUILDERS HARDWARE
10 years – door closers
3 years- exit devices

08800- GLAZING (coated glass products)
5 years-manufacturer-coated glass units that deteriorates
10 years- manufacturer- insulated glass

09805- GLASSFIBRE REINFORCED GYPSUM
1 year-material or workmanship

10800- TOILET & BATH ACCESSORIES
15 years- mirror manufacturer- visible silver spoilage defects

11160- LOADING DOCK EQUIPMENT
2 years- dock leveler –manufacturer's material or workmanship

13070-BULLET RESISTANT PROTECTION
1 year- materials and workmanship

GUARANTEE:

02810-IRRIGATION
1 year – settlement due to any irrigation construction

02890- IRRIGATION MAINTENANCE
1 year- replace malfunctions- irrigation parts and equipment

02950 – LANDSCAPING
1 year- this assumes that the owner has either contract with the landscape contractor
for such maintenance procedures and that no such replacements are necessitated
by neglect or abuse by the owner

14240- ELEVATOR
1 year – materials and workmanship of the elevator apparatus installed shall comply in every
Respect with the specifications and any defects not due to ordinary wear and tare or
improper use or care which may develop within one year

1 year – full maintenance service contract.

EXTRA MATERIAL

09300 TILE
3% of amount installed for each type, composition, color, pattern and size

09650- RESILIENT TILE FLOORING
1 box for each 50 boxes or fraction thereof of each class, wearing, surface, color pattern and size of resilient floor tile installed.

09511 ACOUSTICAL LAY-IN CEILING
2% of quantity of acoustical lay-in panels installed
2% of quantity of exposed suspension members installed

09900 PAINTING
1 gallon can of each type of finish coat of each color

09951 VINYL WALL COVERINGS
2% 0f the number of rolls installed

11150 PARKING CONTROL EQUIPMENT
2 new replacement break-away arms and the necessary components required