punch list as of 8-20-02

## OUTSIDE ITEMS

| | | |
|---|---|---|
| 3 | Areas at the covered walkway on the east and south side are collecting water. Water from the sprinkler system and rain collects in these areas and water is leaking into the basement on the east side of the building. | PM- remove grout at stone joints to drain areas. |
| 4 | Water is standing on the concrete slab on grade at the westside stair. The railing is rusting. Remove and reinstall slab. | PM - remove and reinstall slab |
| 5 | Lawn Sprinkler heads are not operating properly and a number of heads do not work. | PM |
| 8 | Install junction covers on junction boxes at camera locations in the exterior covered walkway. | PM or ADT |
| 9 | clean guard rail - remove grout, paint and construction marks. Repair bad scratches and marks this will require some painting | PM |
| 10 | Complete the installation of landscaping. Repair rutts in grassed area caused by motor vehicle, replace dead or unacceptable landscaping schrubury, replace dead or unacceptable grass area | PM |
| 11 | Properly install the lights at the flag pole. Lights are projecting from the ground, lights should be placed flush with the top of the grass sod | PM |
| 12 | Numerous window frame aluminum caps were damaged during glass replacement. Repair as necessary. | PM |
| 13 | The window jamb installations received excessive caulking that not match the approved YKK shop drawings. Contractor must provide a letter that states the excessive caluk does not impact the performance of the window | PM |
| 14 | Window heads are installed with a piece of metal counter flashing and caulking.The approved YKK shop drawings does not show this metal piece. Contractor must provide a letter that states the extra metal piece does not impact the performance of the window system. Contractor to provide letter from Subcontractor. | PM |
| 15 | Storefront at the rotunda leaks during blowing rain storms. No caluk in vertical joints. Install caulk in veritical joints. | PM |

## PENTHOUSE AREA / ROOF

| | | |
|---|---|---|
| 1 | correct installation of sheetrock and masonite at the curved metal stud wall at the rotunda. | PM |
| 2 | (GC item - base contract work ) Mechanical equipment on the air handler roof is larger than the curbed openings in the roof supporting the equipment. There is an open space between the equipment base and the roof opening curb. This must be sealed properly. | PM - install backer rod |
| 3 | Properly install all equipment to the roof curbs. | PM |
| 4 | The cover for the roof top equipment on the south west side of the penthouse was damaged by high winds. There are numerous holes in the equipment due to this damage. Patch the holes in the equipment cover. | PM |
| 7 | Parapet flashing corners – corners of parapet have been improperly terminated. Flashing has been folded and requires installation of cover patch and lap sealant applied to complete installation. | PM |
| 8 | Overflow drains are installed at various levels ib the low roofs of the building. The proper installation is 2 ½" above the roof drain. Install overflow pipes as required. | PM |
| 10 | Air handler room - seal holes in east wall, remove clay dirt from concrete blocks at south wall, fill excessive honeycomb voids on concrete air handler pad edges. | PM |
| 13 | Install lighting protection properly | PM |

| | | |
|---|---|---|
| 14 | AHU #1 leaking around bottom and condensation on outside unit. This has been an ongoing problem, solution could be cleaning of the AH unit. | PM |
| 21 | Supply duct in the east return building shaft air plenum area has insulation loose or has ruptured the metal duct. Repair insulation or metal duct. | PM |
| 24 | roof leak north west corner of building at secure coridor area 8-16-02 | |
| 25 | AHU #2 supply valve leaking, water is flowing to floor drain | |

## BASEMENT

| | | |
|---|---|---|
| 5 | Walk-in door needs repair, chained shut | PM |
| 7 | Boilers and water heater needs to be inspected | PM - check with ATL.Coast. |
| 8 | EMS not working correctly; no training for system | PM |
| 9 | Gauge port on condenser in the chiller room is pump leaking | PM |
| 10 | Insulation on both chillers needs repair | PM |
| 11 | Numerous ceiling lights not working | PM |
| 15 | Sump pump in boiler room has noisy bearings | PM |
| 16 | Need computer dial-up modem for EMS | PM |
| 18 | Exhaust fan louvers in the generator room are stuck | PM |
| 20 | FPU-10 Exhaust fan not working | PM |
| 21 | Parking spot # 16 need concrete stop | PM |
| 22 | Veneer on the concrete wall at the ramp is cracking off. | PM |
| 23 | Relocate pressure ports on both chillers. They should be located on the pipe prior to entering this applies to both chiller | PM |
| 24 | contact overhead door to provide locksets in the doors for the basement elevator vestibule this is a pair for doors #B02. | PM |
| 26 | replace the damaged hardware to the basement toilet door # B05 and the exit door #B14 at the vehicle ramp. These are damaged. | PM |
| 27 | Basement floor hardware<br><br>b-1- two cylinders missing, closure needs adjusting, attach plates<br>b-14 - repair/replace damaged door | PM<br>PM - order material/hardware |
| 28 | B-21: VVUB-2 Needs Mastic on duct on discharge side of unit to diffuser | |

## FIRST FLOOR

| | | |
|---|---|---|
| 2 | Men's restroom maintenance door to jail cell plumbing is located too far to the right to service. | PM |
| 3 | Communication room tile floor has lumps and is wearing down. | PM |
| 5 | Room 121 - VVU 1-5 Supply duct to box needs mastic. | PM |
| 6 | West side of building, FPU's are too close to wall for servicing , approx. | PM |
| 7 | Room 165 - FPU 1-16 Supply duct to box needs mastic. | PM |
| 8 | in closet - Fire stoping material is missing around refrigerant lines thru | PM |
| 9 | (RWA item) install the HVAC unit we were to install in the elevator | GSA |
| 10 | Contract with Overhead door to correct the door hardware on the | PM |
| 11 | Contract with overhead door to install ADA automatic entrance hardware on the front entrance door (#100). Overhead door has verbally stated that | GSA |
| 12 | install door closure on door 127. Entrance to US Marshal's space. | PM |
| 13 | First Floor Doors And Hardware<br>100 - 4 screws at hinges missing | |

| | | |
|---|---|---|
| | 102 - revolving door PM has keys<br>112 - repair dead bolt lock and provide strike plate<br>117 - door is not closing, will not latch, hardware is not working properly<br>144 - door rubbing<br>152 - adjust closure water comes in when it rains. | GSA to contract with Best Locks to make keys |
| 14 | B-21: VVUB -2 needs mastic on duct on discharge side of unit to diffuser. | |
| 15 | communication room - closet - four refrigerant lines thru floor need | |
| 16 | remove trash and debri from holding cell plumbing access openings. | |
| 17 | Room 162: FD/SD at firewall on supply duct to VVU 1-12 needs access | |
| 18 | Room 171: FD/SD not installed. | |
| 19 | Room 182: FD/SD needs an access door. | |
| 20 | Room 169: FD/SD needs access doors (2). (Existing access doors are too far away from fusible links) | |
| 21 | Room 110: Wall needs repair above ceiling. (Note: Repaired wall would | |
| 22 | recessed light at rotunda burned/shorted out | |

## SECOND FLOOR

| | | |
|---|---|---|
| 1 | Northeast wall, controls for mixing boxes are in wall, impossible to work on | PM |
| 2 | Ladies restroom handicap stall door not hanging level. | PM |
| 3 | RM 207 - FPU 2-14 insulation around flex duct is not connect and needs | GSA verify with Fed Serv |
| 4 | RM 209 - FPU 2-15 supply air duct is off, unit too small, should be 10" | GSA verify with Fed Serv |
| 5 | RM 211 - Remove plastic from transfer duct to rooms 205 & 20 | GSA verify with Fed Serv |
| 6 | RM 213 6" round duct not supported except by wall | GSA verify with Fed Serv |
| 7 | RM 218 - Hangers loose on supply and return heating pipe | GSA verify with Fed Serv |
| 8 | Corridor 219 - FPU 2-16, 6" round duct not supported, flex duct not attached | GSA verify with Fed Serv |
| 9 | RM 222 - 6" round duct not supported. | GSA verify with Fed Serv |
| 10 | Corridor 223 - transfer duct needs plastic removed | GSA verify with Fed Serv |
| 11 | RM 224 - Remove plastic from return air duct, rigid round duct not | GSA verify with Fed Serv |
| 12 | RM 224 - Flex duct not supported | GSA verify with Fed Serv |
| 13 | Corridor 226 - remove plastic from transfer duct going into rooms 224 and 225 | GSA verify with Fed Serv |
| 14 | RM 227 - No support on fire lines at test valves, remove plastic from VVU | GSA verify with Fed Serv |
| 15 | RM 230 - Six inch round duct not supported with hangers and an 8" x 8" | GSA verify with Fed Serv |
| 16 | RM 232 - Transfer duct has plastic over it that needs removed, VVU - 2-13 | GSA verify with Fed Serv |
| 17 | RM 233 - Return air duct (48"x24") fire duct blocked by air supply duct | GSA verify with Fed Serv |
| 18 | RM 233 - Insulation to VVU box not connected | GSA verify with Fed Serv |
| 19 | RM 235 - Sprinkler pipe hanger is broken | GSA verify with Fed Serv |
| 20 | RM 236 - 6" round duct needs supporting (4 each) | GSA verify with Fed Serv |
| 21 | RM 244 - Corridor outside room 251 sprinkler pipe not supported, FPU 2-16 flex duct insulation not secured, FPU 2-1 duct needs connecting, FPU 2 -18 supply duct loose, remove plastic | GSA verify with Fed Serv |
| 22 | RM 225 - Ceiling grid is supported off duct work in several places. | GSA verify with Fed Serv |
| 23 | Flex duct insulation not secured, supply duct not insulated properly, | GSA verify with Fed Serv |
| 24 | RM 227 - Plastic needs removed from transfer duct, insulation to VAV box | GSA verify with Fed Serv |

| | | |
|---|---|---|
| 25 | RM 230 - Flex duct not attached, transfer duct needs plastic removed, | GSA verify with Fed Serv |
| 26 | RM 232 - Flex duct to FPU 2-2 too long , insulation not attached | GSA verify with Fed Serv |
| 27 | RM 233 - Transfer duct does not extend into room, (no way for return air), | GSA verify with Fed Serv |
| 28 | RM 234 - PVC sprinkler pipe needs support at elbow | GSA verify with Fed Serv |
| 29 | RM 235 - Wall to corridor around ductwork needs fire stop | GSA verify with Fed Serv |
| 30 | RM 236 - Rigid 6" round duct not supported | GSA verify with Fed Serv |
| 30 | RM 244 - 2" cast iron pipe not supported | GSA verify with Fed Serv |
| 32 | RM 245 - Need hanger on PVC sprinkler pipe and fire stop around piping | GSA verify with Fed Serv |
| 33 | RM 247 - Rigid round duct work not to supported(4 locations), flex duct | GSA verify with Fed Serv |
| 34 | RM 248 - Sprinkler pipe needs hanger at tee, supply duct to FPU 2-4 not | GSA verify with Fed Serv |
| 35 | RM 249 - Toilet exhaust fan (10x12) up to third floor. Does not have | GSA verify with Fed Serv |
| 36 | RM 250 - Flex duct to VAV 2-4 not connected and blowing wildly. | GSA verify with Fed Serv |
| 37 | RM 251 - Mixing box has bad damper, air blowing out of coil side (VAV- | GSA verify with Fed Serv |
| 38 | RM 252 - Hanger at door not supporting 2" cast iron pipe. | GSA verify with Fed Serv |
| 39 | RM 253 - Rigid round duct not supported, flex duct needs replacing (wet), | GSA verify with Fed Serv |
| 40 | RM 254 - 42x24 return air duct, fire damper missing, six inch round duct not insulated nor does it have fire stop around it, also supply duct not sealed | GSA verify with Fed Serv |
| 41 | RM 256 - 10X4 duct missing going from 1st through 3rd floor | GSA verify with Fed Serv |
| 42 | RM 257 - 20"x6" duct needs smoke/fire damper added to this area (reference detail 2-M3 ) | GSA verify with Fed Serv |
| 43 | RM 260 - 6x6 duct fire damper is not installed, fire damper actuators for | GSA verify with Fed Serv |
| 44 | RM 261 - 1/2" domestic water line should be insulated | GSA verify with Fed Serv |
| 45 | RM 266 - Insulation is wet at VAV inlet, pipe hanger is broken above vanity, insulation not sealed around duct | GSA verify with Fed Serv |
| 46 | RM 267 - Fire damper actuator needs connected (no pneumatic tubing). | GSA verify with Fed Serv |
| 47 | RM 269 - Fire damper in 6X20 duct, actuator is not connected (no tubing). | GSA verify with Fed Serv |
| 48 | RM 273 - Fire damper needs pneumatic tubing connected. | GSA verify with Fed Serv |
| 49 | RM 275 - Rigid round duct not supported, flex duct needs replacing (wet), | GSA verify with Fed Serv |
| 50 | RM 276 - 42x24 return air duct, fire damper missing, six inch round duct not insulated nor does it have fire stop around it, also supply duct not | GSA verify with Fed Serv |
| 51 | RM 277 - 10X4 duct missing going from 1st through 3rd floor | GSA verify with Fed Serv |
| 52 | RM 278 - 20"x6" duct needs smoke/fire damper added to this area (reference detail 2-M3 ) | GSA verify with Fed Serv |
| 53 | RM 279 - 6x6 duct fire damper is not installed, fire damper actuators for | GSA verify with Fed Serv |
| 54 | RM 280 - 1/2" domestic water line should be insulated | GSA verify with Fed Serv |
| 55 | RM 281 - Insulation is wet at VAV inlet, pipe hanger is broken above vanity, insulation not sealed around duct | GSA verify with Fed Serv |
| 56 | RM 282 - Fire damper actuator needs connected (no pneumatic tubing). | GSA verify with Fed Serv |
| 57 | RM 283 - Fire damper in 6X20 duct, actuator is not connected (no tubing). | GSA verify with Fed Serv |
| 58 | RM 284 - Fire damper needs pneumatic tubing connected. | GSA verify with Fed Serv |
| 59 | COURTROOM | GSA verify with Fed Serv |
| | 8" Rigid round duct off the mixing box not supported (2 Each) | GSA verify with Fed Serv |
| | Flex duct not sealed at take-off | GSA verify with Fed Serv |
| | Rectangular duct insulation around taps VVU 2-3 are not sealed | GSA verify with Fed Serv |

| | | |
|---|---|---|
| | Supply duct not attached VVU 2-6 | GSA verify with Fed Serv |
| | Hanger on sprinkler pipe at VVU 2-9 broken | GSA verify with Fed Serv |
| | Insulation to supply box VVU 2-9 not sealed | GSA verify with Fed Serv |
| | Sprinkler pipe next to VVU 2-9 is broken | GSA verify with Fed Serv |
| | Ceiling grid is supported off duct work in several places. | GSA verify with Fed Serv |
| | Insulation at VVU 2-2 is not attached or sealed | GSA verify with Fed Serv |
| | Insulation on flex pipe next to last run is kinked (VVU2-2) not attached | GSA verify with Fed Serv |
| | Flex duct to VVU 2-1 not attached or sealed | GSA verify with Fed Serv |
| | Flex duct above Judge's bench are not attached or sealed (3 Locations) | GSA verify with Fed Serv |
| | Hanger broken on sprinkler pipe next to transfer duct (42X18) | GSA verify with Fed Serv |
| 60 | Door into the jury assembly on the second floor sticks. Contract with | PM |
| 61 | Second Floor doors and hardware<br>200 - install panic cover on left hand reverse door. On order<br>255 - Door squeeks<br>277 - door sticking and rubbing at top | PM |
| 62 | Room 265: Wall over entrance door not slab to slab (Area opened around transfer duct) | |
| 63 | Room 269: FPU 2-3 Mixing box controls are inaccessible (Hole cut into wall from Judge's Office above ceiling to gain access; Wall is a fire wall) | |
| 64 | Room 227:supply unit VVU 2-14 is wrong size, suppose to be 8", it is 6"or 7". (Can not tell if this has been changed) | |
| 65 | Room 251: Transfer duct does not extend into room, (A hole has been cut in the wall) | |
| 66 | Room 209: FPU 2-15 unit is too small, should be 10" inlet, box is 8" inlet | |
| 67 | Room 224: VVU 2-15 is suppose to be 8" box, appears to be 7" box inlet | |
| 68 | Room 245 Courtroom: Ceiling grid is supported off ductwork in several places. | |

## THIRD FLOOR

| | | |
|---|---|---|
| 1 | RM 337 - FPU 3-13 Controls not accessible. | GSA verify with Fed Serv |
| 2 | RM 338 & RM 339 - Hallway outside rooms - Reheat pipe needs hanger, pipe is not to be supported by wall. | GSA verify with Fed Serv |
| 3 | RM 340 - FPU 3-3 Supply duct to box needs mastic. | GSA verify with Fed Serv |
| 4 | RM 347 - Cold water line hanger not connected. | GSA verify with Fed Serv |
| 5 | RM 357 - FPU 3-9 Not accessible for any work. | GSA verify with Fed Serv |
| 6 | RM 360 - Duct not properly capped off. Needs mastic. | GSA verify with Fed Serv |
| 7 | RM 366 - Duct at fire damper not secured on mastic. | GSA verify with Fed Serv |
| 8 | District courtroom swinging doors do not have the proper hardware | PM |
| 9 | Third Floor doors and hardware<br><br>359 - Install cylinder<br>375 - install door pulls | PM |
| 10 | room 308 Judge Hodge's office low water pressure | |
| 11 | closet 322 - judge hodges robe closet in secure corridor. hang robe hook | |
| 12 | men's public toilet - handicap water closet flush valve needs adjusting - | |
| 13 | Room 337: FPU 3-13 Controls not accessible. (Controls access from | |
| 14 | Room 320: FPU 3-37 Filter up against wall. (Hole cut in wall) | |
| 15 | Room 360: Duct not properly capped off. | |

| | | |
|---|---|---|
| 16 | Room 366: Ductwork at fire damper not secured on mastic. | |
| 17 | room 366 - Access to jail facilities – controls not accessible. | |

## GENEAL ITEMS

| | | |
|---|---|---|
| 6 | install plastic caps over exposed recessed bolt heads at ramp step locations. These are located at the witness boxes, Jury seating, and Clerk seating in all courtrooms. | PM |
| 9 | provide GSA with keys to the hose bib cabinest thruout the building and provde SS sink strainers. | PM |
| 10 | provide Contractors Material and Test Certificates for testing of the fire protection sprinkler system, | PM |
| 11 | calabrate thermostats throught the building | PM |