IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MONUMENTAL INVESTMENT CORPORATION )
)
Plaintiff, )
) No. 03-2227C
v. )
) (Judge Lettow)
)
THE UNITED STATES, )
)
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael F. Bahler as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MICHAEL F. BAHLER
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

s/Micheal F. Bahler
MICHAEL F. BAHLER
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-3020
Fax No: (202) 514-8624

October 9, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 9th day of October 2003, I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Michael A. Stover
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Suite 1300
Baltimore, Maryland 21202

s/ Micheal F. Bahler