IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MONUMENTAL INVESTMENT CORPORATION | ) | |
| | ) | No. 03-2227 |
| Plaintiffs, | ) | (Judge Lettow) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 21 days, to and including December 15, 2003, within which to file and to serve its response to the complaint. Our response is currently due on November 24, 2003. We notified plaintiff's counsel, Michael A. Stover, of our intent to request an enlargement of time and he informed us that plaintiff will not oppose the motion. This is our first request for an enlargement of time for this purpose.

The enlargement is requested because the undersigned counsel of record for defendant did not receive the litigation report from the interested agency, the General Services Administration, until November 18, 2003. We currently anticipate that the requested 21 days will allow us sufficient time to review the litigation report, to complete the Government's response to the complaint, and to have the response reviewed by counsel's supervisor.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until December 15, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Michael F. Bahler
MICHAEL F. BAHLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3020

Attorneys for Defendant

OF COUNSEL:

DIANA PARKS CURRAN
Assistant Regional Counsel
General Services Administration

November 24, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this __ day of November, 2003, I caused to served by mail a copy of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME," addressed as follows:

Michael A. Stover
Whitefield, Taylor & Preston
Seven Saint Paul Street
Suite 1300
Baltimore, Maryland 21202

___________________________________