# In the United States Court of Federal Claims

**NOTICE**

**MONUMENTAL INVESTMENT CORPORATION**

**No. 03-2227 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., December 2, 2003**

To Attorney of Record, Assistant Attorney General, and Judge Lettow:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed November 24, 2003, for enlargement of time to respond to the complaint

the following order by the Acting Clerk:

**ALLOWED.**

Brian Bishop
Brian Bishop, Clerk