**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MONUMENTAL INVESTMENT CORPORATION<br>4530 Hollins Ferry Road<br>Baltimore, Maryland 21227 | * | |
| | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: 03-2227C<br>(Judge Lettow) |
| UNITED STATES OF AMERICA, GENERAL SERVICES ADMINISTRATION<br>77 Forsyth Street, SW<br>Atlanta, Georgia 30303-3458 | * | |
| | * | |
| | * | |
| Defendant | * | |
| | * | |

*    *    *    *    *    *    *    *    *    *    *

## JOINT PRELIMINARY STATUS REPORT

Monumental Investment Corporation ("Monumental"), by its undersigned counsel, and the United States of America, General Services Administration, by its undersigned counsel, in accordance with Rule 16 hereby submit this Joint Preliminary Status Report and state:

**(A) Does the Court have jurisdiction over the action?**

The Plaintiff believes that jurisdiction is proper. The Defendant reserves its right to contest jurisdiction at a later time.

**(B) Should the case be consolidated with any other case?**

No.

**(C) Should trial of liability and damages be bifurcated?**

No.

**(D) Should further proceedings in this case be deferred pending consideration of another case before this Court or any other tribunal?**

No.

**(E) In cases other than tax refund actions, will a remand or suspension be sought?**

No.

**(F) Will additional parties be joined?**

No.

**(G) Does either party intend to file a motion pursuant to RCFC 12(b), 12(c) or 56 and, if so, a schedule for the intended filing?**

It is anticipated by the parties that motions for summary judgment and/or partial summary judgment may be filed.

**(H) What are the relevant factual and legal issues?**

This case involves the interpretation of a settlement agreement reached between the parties and an evaluation factually as to whether the terms and conditions of the settlement agreement have been complied with.

**(I) What is the likelihood of settlement? Is alternative dispute resolution contemplated?**

The parties believe that the likelihood of settlement is high given the parties past and current on-going discussions. The parties reserve the right to request ADR at a later time.

**(J) Do the parties anticipate proceeding to trial? Does any party, or do the parties jointly, request expedited trial scheduling and, if so, the reasons why the case is appropriate therefore?**

If the matter cannot be settled or resolved on motion, the parties anticipate proceeding to trial. Expedited trial is not requested.

**(K) Are there special issues regarding electronic case management needs?**

No.

**(L) Is there other information of which the Court should be aware at this time?**

No.

Respectfully Submitted,

__/s/ Michael A. Stover________
Michael A. Stover
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Suite 1300
Baltimore, Maryland 21202
(410) 347-8700
(410) 347-9412 (fax)

_____/s/ Michael Bahler________
Michael Bahler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
(202) 305-3020
(202) 514-8624 (fax)