IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2227-C

(Filed: March 12, 2004)

MONUMENTAL INVESTMENT CORP.,

Plaintiff

v.

UNITED STATES,

Defendant.

ORDER

The parties are instructed to submit to the Court a Joint Status Report on or before May 28, 2004, addressing the status of developments in this case and proposing a schedule for further proceedings, including proposed dates for a status conference.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge