**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MONUMENTAL INVESTMENT CORPORATION | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: 03-2227-C (Judge Lettow) |
| UNITED STATES OF AMERICA, GENERAL SERVICES ADMINISTRATION | * | |
| | * | |
| Defendant | * | |

* * * * * * * * * * *

**JOINT MOTION TO EXTEND TIME**
**TO FILE STATUS REPORT**

Monumental Investment Corporation ("Monumental"), by its undersigned counsel, and the United States of America, by its undersigned counsel, hereby submit this Joint Motion to Extend Time to File Status Report and state:

1. On March 12, 2004 this Court Ordered the parties to submit a Joint Status Report on or before May 28, 2004.

2. The parties have engaged in settlement discussions and have tentatively agreed upon a settlement amount and are now simply attempting to finalize the terms of the settlement.

3. Accordingly, the Parties jointly request an additional two weeks to conclude settlement discussions between them, which are likely to result in a resolution of this case.

4. If the parties are unable to finalize a settlement within the next two weeks, the parties propose to submit a Joint Status Report at that time.

5. Given the advanced nature of the settlement talks and the likelihood of concluding a settlement, the Parties respectfully request the Court's approval of an extension of time to file the Joint Status Report.

WHEREFORE, for the reasons noted above, Monumental Investment Corporation and the United States of America, respectfully request that this Motion be GRANTED.

__/s/ Michael A. Stover__________
Michael A. Stover
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Suite 1300
Baltimore, Maryland 21202
(410) 347-8700
(410) 347-9412 (fax)

_____/s/ Michael Bahler________
Michael Bahler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
(202) 305-3020
(202) 514-8624 (fax)