IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2227-C

(Filed: June 2, 2004)

MONUMENTAL INVESTMENT CORP.,

Plaintiff

v.

UNITED STATES,

Defendant.

ORDER

Pending before the Court is the parties' Joint Motion to Extend Time to File Status Report, filed on May 28, 2004. The parties request an additional two weeks, to and including June 11, 2004, in which to file the status report called for by the Court's March 12, 2004 Order. The parties indicate that such enlargement will allow them to continue their settlement negotiations.

Good cause having been established, the parties' Motion is GRANTED. The Court's March 12, 2004 Order is amended to indicate that, in the event no stipulation of settlement is entered in this case on or before June 11, 2004, the parties shall submit a joint status report on that date.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge