**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MONUMENTAL INVESTMENT CORPORATION | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: 03-2227-C (Judge Lettow) |
| UNITED STATES OF AMERICA, GENERAL SERVICES ADMINISTRATION | * | |
| | * | |
| Defendant | * | |

* * * * * * * * * * *

**JOINT MOTION TO EXTEND TIME**
**TO FILE STATUS REPORT**

Monumental Investment Corporation ("Monumental"), by its undersigned counsel, and the United States of America, by its undersigned counsel, hereby submit this Joint Motion to Extend Time to File Status Report and state:

1. On March 12, 2004 this Court Ordered the parties to submit a Joint Status Report on or before May 28, 2004. Subsequently, the Court granted the parties joint motion to extend the time to file the status report to June 11, 2004.

2. The parties can now report that a settlement in principle has been reached and the parties are in the process of drafting the settlement document.

3. Because of the layers of review and approval necessary to conclude the settlement, the Parties jointly request an additional 45 days to conclude the settlement and resolve the case.

4. Given the fact that a settlement in principle has now been reached and it will take time to obtain the necessary approvals, the Parties respectfully request the Court's approval of an extension of time to file the Joint Status Report.

WHEREFORE, for the reasons noted above, Monumental Investment Corporation and the United States of America, respectfully request that this Motion be GRANTED.

/s/ Michael A. Stover
Michael A. Stover
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Suite 1300
Baltimore, Maryland 21202
(410) 347-8700
(410) 347-9412 (fax)

/s/ Michael Bahler
Michael Bahler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
(202) 305-3020
(202) 514-8624 (fax)