**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MONUMENTAL INVESTMENT CORPORATION | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: 03-2227C (Judge Lettow) |
| UNITED STATES OF AMERICA, GENERAL SERVICES ADMINISTRATION | * | |
| | * | |
| Defendant | * | |

* * * * * * * * * * *

**ORDER GRANTING JOINT MOTION**
**TO EXTEND TIME TO FILE STATUS REPORT**

Upon consideration of the Joint Motion to Extend Time to File Status Report, which was filed by Monumental Investment Corporation ("Monumental") and the United States of America, it is this ___ day of June, 2004, in the United States Court of Federal Claims, hereby ORDERED that the Motion be and it is GRANTED. The parties shall file a Joint Status Report on or before July 26, 2004.

______________________________
Charles F. Lettow, Judge
United States Court of Federal Claims