IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2227-C

(Filed: June 16, 2004)

MONUMENTAL INVESTMENT CORP.,

Plaintiff

v.

UNITED STATES,

Defendant.

ORDER

Pending before the Court is the parties' Joint Motion to Extend Time to File Status Report, filed on June 14, 2004. The parties request an additional 45 days in which to file the status report called for by the Court's March 12, 2004 Order. The parties indicate that they have reached a settlement in principle and that such enlargement will allow them to conclude settlement procedures.

Good cause having been established, the parties' Motion is GRANTED. The Court's March 12, 2004 Order, as amended by the Order of June 2, 2004, is amended to indicate that, in the event no stipulation of settlement is entered in this case on or before July 26, 2004, the parties shall submit a joint status report on that date.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge