IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MONUMENTAL INVESTMENT CORPORATION | ) | |
| | ) | No. 03-2227 |
| Plaintiffs, | ) | (Judge Lettow) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's orders of March 12, 2004 and June 16, 2004, the parties submit the following report.

The parties anticipate completing a settlement in the next thirty days. The parties are available on the dates of August 19, 20, and 23, 2004 for a status conference with the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

s/ Michael F. Bahler
MICHAEL F. BAHLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3020

Attorneys for Defendant

OF COUNSEL:

DIANA PARKS CURRAN
Assistant Regional Counsel
General Services Administration

S/ Michael Stover
MICHAEL STOVER
Attorney for Plaintiff

July 22, 2004