IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2227-C

(Filed: August 31, 2004)

MONUMENTAL INVESTMENT CORP.,

Plaintiff

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

It is **ORDERED** that

A telephonic status conference shall be held on September 10, 2004, at 9:30 a.m. The Court will initiate the call.

s/ Charles F. Lettow
Charles F. Lettow
Judge