IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2227-C

(Filed: September 10, 2004)

MONUMENTAL INVESTMENT CORP.,

Plaintiff

v.

UNITED STATES,

Defendant.

ORDER

At the status conference held on September 10, 2004, counsel for the parties represented that a settlement had been reached in principle, including a specific dollar amount, and that the agreed amount would be paid by the General Services Administration out of funds obligated for contracts. In light of their representation, the parties are instructed to submit to the court a Joint Status Report on or before November 10, 2004, addressing the status of developments in this case, in the event that a final settlement has not been reached prior to that date.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge