IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MONUMENTAL INVESTMENT CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2227C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of September 10, 2004, the parties respectfully submit this joint status report. The parties have executed a settlement agreement, and will file a stipulation of dismissal upon receipt by plaintiff's counsel of funds pursuant to the parties' agreement. The Government is in the process of preparing a check and anticipates sending it by overnight mail to plaintiff's counsel within the next several days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director
Authorized Representative
of the Attorney General

s/Michael A. Stover
MICHAEL A. STOVER
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Suite 1300
Baltimore, MD 21202
Tele: (410) 347-8700
Fax: (410) 347-9412

Attorney for Plaintiff

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 514-8624

OF COUNSEL:
DIANA PARKS CURRAN
Assistant Regional Counsel
General Services Administration

Attorneys for Defendant

November 10, 2004