IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MONUMENTAL INVESTMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2227C<br>(Judge Lettow) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, Monumental Investment Corporation and the United States, by their respective attorneys, pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, stipulate to the dismissal of the claims plaintiff has asserted in this action with prejudice, with each party to bear its own costs and attorneys' fees.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella
JAMES M. KINSELLA
Deputy Director
Authorized Representative
of the Attorney General

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 514-8624

OF COUNSEL:
DIANA PARKS CURRAN
Assistant Regional Counsel
General Services Administration

Attorneys for Defendant

s/Michael A. Stover
MICHAEL A. STOVER
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Suite 1300
Baltimore, MD 21202
Tele: (410) 347-8700
Fax: (410) 347-9412

Attorneys for Plaintiff

December 1, 2004